SARACHAN & ROSENTHAL, INC., Respondent, *v.* WILSON
·& Co., Appellant.

*Contract — sale — action to recover for non-acceptance of merchandise
under contracts of sale — defense of default in delivery.*

Sarachan & Rosenthal, Inc., v. Wilson & Co., 207 App. Div. 768,
affirmed.

(Argued January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for non-acceptance by defendant of delivery under two contracts for the sale of burlap. The answer alleged that the contracts were not enforcible because of default on the part of the plaintiff in delivery, or tender of delivery, or request of the defendant to accept delivery.

*George A. Carnahan* for appellant.

*A. L. Gilman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ.    Absent: MCLAUGHLIN, J.

---

THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF
CHRIST'S CHURCH AT PELHAM, Respondent, *v.* THOMAS
A. F. COLLETT, Appellant.

*Religious corporations — injunction — order restraining clergyman from
entering upon property of church and officiating as minister.*

Rector, etc., of Christ's Church, Pelham, v. Collett, 208 App. Div.
695, affirmed.

(Submitted January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 11, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action involves the right of the defendant, as a minister